UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
IMPULSE MARKETING GROUP, INC.,                                      :
                                                                    :  05 CV 7776 (KMK) (JCF)
       Plaintiff,                                                   :
                                                                    :
       v.                                                           :  **CORPORATE DISCLOSURE**
                                                                    :  **STATEMENT**
NATIONAL SMALL BUSINESS ALLIANCE, INC.                              :
and DIRECT CONTACT MEDIA, INC.,                                     :
                                                                    :
       Defendants.                                                  :  ECF CASE
                                                                    :
------------------------------------------------------------------- X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Impulse Marketing Group, Inc., by its attorneys, Klein, Zelman, Rothermel & Dichter, L.L.P., hereby certifies that it has no parent corporation and that there are no publicly held corporations that own ten percent or more of its stock.

Dated: New York, New York
       September 2, 2005

                                        KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

                                        By: _____s/_____
                                            Sean A. Moynihan (SM-5129)
                                            Joshua D. Rose (JR-3520)
                                            Jonathan E. Turco (JT-0214)
                                        485 Madison Avenue
                                        New York, New York 10022
                                        (212) 935-6020

                                        Attorneys for Impulse Marketing Group, Inc.

{00073050;1}