AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Impulse Marketing Group, Inc.

v.

National Small Business Alliance, Inc.

**APPEARANCE**

Case Number: 05 CV 7776

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Impulse Marketing Group, Inc.

certify that I am admitted to practice in this court.

September 7, 2005
Date

*[Signature]*
Signature

Joshua D. Rose
Print Name

3520
Bar Number

485 Madison Avenue
Address

New York    New York    10022
City    State    Zip Code

(212) 935-6020    (212) 753-8101
Phone Number    Fax Number