UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IMPULSE MARKETING GROUP, INC.,                       :

           Plaintiff,                                        :

   v.                                                    :          **STIPULATION**

NATIONAL SMALL BUSINESS ALLIANCE, INC.               :
and DIRECT CONTACT MEDIA, INC.,
                         :

          Defendants.                                       :

------------------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME

      IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the
parties that the named defendants shall have up to and including October 18, 2005 to answer or
otherwise respond to plaintiff's complaint as provided in the Federal Rules of Civil Procedure.
There have been no previous requests made for any extensions of time.

      IT IS FURTHER STIPULATED AND AGREED that this document may be executed in
counterparts such that executed facsimile copies will be deemed to be originals.

Dated: September 19, 2005
     New York, New York

KLEIN, ZELMAN,                                    THE LUSTIGMAN FIRM, P.C.
ROTHERMEL & DICHTER, L.L.P.


Sean A. Moynihan, Esq. (SM 5129)                  Scott A. Shaffer, Esq. (SS 5560)
485 Madison Avenue                                149 Madison Avenue, Suite 805
New York, NY 10022                                New York, NY 10016
tel: (212) 935-6020                               tel: (212) 683-9180

ATTORNEYS FOR PLAINTIFF                            ATTORNEYS FOR DEFENDANTS

SO ORDERED:


_____  Dated:
U.S.D.J.