UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
IMPULSE MARKETING GROUP, INC.,                                  :   Case Number: 05 CV 7776 (KMK)
                                                                :
                        Plaintiff,                              :   NATIONAL SMALL BUSINESS
            v.                                                  :   ALLIANCE, INC.'S RULE 7.1 STATEMENT
                                                                :
NATIONAL SMALL BUSINESS ALLIANCE,                               :
INC. and DIRECT CONTACT MEDIA,                                  :
INC.,                                                           :
                                                                :
                        Defendants,                             :
and                                                             :
                                                                :
NATIONAL SMALL BUSINESS ALLIANCE,                               :
INC.,                                                           :
                        Counterplaintiff,                       :
                                                                :
            v.                                                  :
                                                                :
IMPULSE MARKETING GROUP, INC.,                                  :
                                                                :
                        Counterdefendant.                       :
---------------------------------------------------------------X

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DEFENDANT NATIONAL SMALL BUSINESS ALLIANCE, INC. (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

NONE

DATED:    OCTOBER 17, 2005
          NEW YORK, NEW YORK

                                            THE LUSTIGMAN FIRM, P. C.

                                            By: Scott Shff
                                            SCOTT SHAFFER (SS-6560)
                                            149 Madison Avenue, Suite 805
                                            New York, New York 10016
                                            Tel: (212) 683-9180

                                            ATTORNEYS FOR NATIONAL SMALL
                                            BUSINESS ALLIANCE, INC.