AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Impulse Marketing Group, Inc.

v.

National Small Business Alliance, Inc.

**APPEARANCE**

Case Number: 05-CV-7776

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Impulse Marketing Group, Inc.

I certify that I am admitted to practice in this court.

November 8, 2005
Date

Signature

Peter J. Glantz — 1063
Print Name — Bar Number

485 Madison Avenue
Address

New York, NY 10022
City   State   Zip Code

(212) 935-6020   (212) 753-8101
Phone Number   Fax Number

Dockets.Justia.com