11/09/2005 WED 15:20 FAX 2126839181
NOV-09-2005 14:38   KLEIN ZELMAN ROTHERMEL   2127538101   P.02
@002/002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

IMPULSE MARKETING GROUP, INC.,

    Plaintiff,

    v.

NATIONAL SMALL BUSINESS ALLIANCE, INC.
and DIRECT CONTACT MEDIA, INC.,

    Defendants.

: 05 CV 7776 (KMK)
:
:
: STIPULATION EXTENDING
: TIME
:
:
:
ECF CASE
---- X

    IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES that Plaintiff Impulse Marketing Group, Inc.'s time to reply, or otherwise respond to Defendant National Small Business Alliance, Inc.'s Counterclaims shall be extended up to, and including, November 23, 2005.

Dated:   New York, New York
         November 9, 2005

THE LUSTIGMAN FIRM, P.C.

_____
Andrew Lustigman (AL-8209)
149 Madison Avenue, Suite 805
New York, NY 10016
Tel: (212) 683-9180
Fax: (212) 683-9181
Attorneys for Defendant
National Small Business Alliance, Inc.

KLEIN, ZELMAN, ROTHERMEL
& DICHTER, L.L.P.

_____
Peter J. Glantz (PG-1063)
485 Madison Avenue
New York, New York 10022
Tel: (212) 935-6020
Fax: (212) 753-8101
Attorney for Plaintiff
Impulse Marketing Group, Inc.

SO ORDERED:

_____
U.S.D.J.
11/15/05

{00074427;1}

TOTAL P.02