Impulse Marketing Group, Inc. v. National Small Business Alliance, Inc. et al                                 Doc. 10
11/22/2005 TUE 15:00 FAX 2126839181                                                                    ☒003/004
Case 1:05-cv-07776-KMK   Document 10   Filed 11/30/2005   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
IMPULSE MARKETING GROUP, INC.,                               :     Case Number: 05 CV 7776 (KMK)
                                                             :
                         Plaintiff,                          :
             v.                                              :     [PROPOSED] ORDER
                                                             :
NATIONAL SMALL BUSINESS ALLIANCE,                            :
INC. and DIRECT CONTACT MEDIA,                               :
INC.,                                                        :
                                                             :
                         Defendants,                         :
and                                                          :
                                                             :
NATIONAL SMALL BUSINESS ALLIANCE,                            :
INC.,                                                        :
                         Counterplaintiff,                   :
                                                             :
             v.                                              :
                                                             :
IMPULSE MARKETING GROUP, INC.,                               :
                                                             :
                         Counterdefendant.                   :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/05

**WHEREAS** a pre-motion conference was held on November 15, 2005 before the Court,

**IT IS HEREBY ORDERED,** that Plaintiff shall have until December 2, 2005 to file and serve an Amended Complaint; and it is further

**ORDERED,** that Defendants shall have until December 23, 2005 to respond to the Amended Complaint, provided that if no Amended Complaint is filed by December 2, 2005, then defendant Direct Contact Media shall have until December 23, 2005 to respond to the Complaint; and it is further

**ORDERED,** that in the event a motion to dismiss is filed by December 23, 2005, Plaintiff shall have until January 10, 2006 to file opposition papers; and it is further

**ORDERED,** that Defendants shall have until January 17, 2006 to reply thereto; and it is further

**ORDERED,** that Plaintiff shall have until December 9, 2005 to respond the counterclaims asserted by National Small Business Alliance, Inc.

DATED:    New York, New York
          November 22, 2005

                                                    _____
                                                    Hon. Kenneth M. Karas, U.S.D.J.