USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Impulse Marketing Group, Inc.,**
                            Plaintiffs,

-v-

**National Small Business Alliance, Inc.,**
                            Defendants.

Case No.05-cv-07776(KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The Clerk of the Court is directed to terminate the motion docketed as document #13. It was incorrectly filed with the Clerk as a motion. The parties have been notified to re-submit this stipulation pursuant to the S.D.N.Y. ECF Guidelines.

SO ORDERED.

Dated:     January 11, 2006
               New York, New York

                                            _____
                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE