UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IMPULSE MARKETING GROUP, INC.,

        Plaintiff,

v.

NATIONAL SMALL BUSINESS ALLIANCE, INC.
and DIRECT CONTACT MEDIA, INC.,

        Defendants.
------------------------------------x

STIPULATION

05 CV 7776 (KMK)

### STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the parties to this action that the briefing schedule is hereby amended as follows:

The defendants shall have up to and including December 29, 2005 to respond to the Amended Complaint.

The plaintiff shall have up to and including January 18, 2006 to serve opposition papers.

The defendants shall have up to and including January 26, 2006 to serve reply papers. There have been no previous requests made for an extension of time with respect to the Amended Complaint.

IT IS FURTHER STIPULATED AND AGREED that this document may be executed in counterparts such that executed facsimile copies will be deemed to be originals.

Dated: December 21, 2005
      New York, New York

KLEIN, ZELMAN,
ROTHERMEL & DICHTER, L.L.P.

_/s/ Peter J. Glantz_
Peter J. Glantz, Esq.
485 Madison Avenue
New York, NY 10022
tel: (212) 935-6020

ATTORNEYS FOR PLAINTIFF

THE LUSTIGMAN FIRM, P.C.

_/s/ Scott Shaffer_
Scott Shaffer, Esq.
149 Madison Avenue, Suite 805
New York, NY 10016
tel: (212) 683-9180

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

_____
U.S.D.J.