01/18/2006 WED 11:49 FAX 2126839181                ☒002/002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/19/06

KARAS, J.

05cv7776(KMK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IMPULSE MARKETING GROUP, INC.,

        Plaintiff,

    v.                                                               STIPULATION

NATIONAL SMALL BUSINESS ALLIANCE, INC.
and DIRECT CONTACT MEDIA, INC.,

        Defendants.

------------------------------------------------------------X

### STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the within parties that the plaintiff Impulse Marketing Group, Inc. shall have up to and including January 23, 2006 to file opposition papers to defendant Direct Contact Media, Inc.'s motion to dismiss the amended complaint;

IT IS FURTHER STIPULATED AND AGREED that Direct Contact Media, Inc. shall have up to and including January 31, 2006 to file reply papers and that defendant National Small Business Alliance, Inc. shall have up to and including January 31, 2006 to respond to the amended complaint;

IT IS FURTHER STIPULATED AND AGREED that this document may be executed in counterparts such that executed facsimile copies will be deemed to be originals.

Dated: January 18, 2006
       New York, New York

KLEIN, ZELMAN,                               THE LUSTIGMAN FIRM, P.C.
ROTHERMEL & DICHTER, L.L.P.

_____               _____
Peter J. Glantz, Esq.                          Scott A. Shaffer, Esq.
485 Madison Avenue                      149 Madison Avenue, Suite 805
New York, NY 10022                      New York, NY 10016
tel: (212) 935-6020                         tel: (212) 683-9180

ATTORNEYS FOR PLAINTIFF                ATTORNEYS FOR DEFENDANTS

SO ORDERED:

_____    Dated: 1/18/06
U.S.D.J.