UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
IMPULSE MARKETING GROUP, INC.,    :
                                  :
            Plaintiff,            :
                                  :
    v.                            :   **DECLARATION OF**
                                  :   **DENNIS MARIO**
NATIONAL SMALL BUSINESS ALLIANCE, :
INC. and DIRECT CONTACT MEDIA,    :
INC.,                             :
                                  :
            Defendants.           :
                                  :
----------------------------------X

    Dennis Mario hereby declares under penalty of perjury that
the following is true and correct:

    1.   My name is Dennis Mario and I am an executive of
National Small Business Alliance ("NSBA"), a defendant in this
lawsuit.

    2.   I make this declaration in connection with the pending
motion of the other defendant herein, Direct Contact Media, Inc.
(DCM) to dismiss the Complaint with prejudice for lack of
personal jurisdiction and failure to state a claim upon which
relief can be granted.

    3.   I understand that DCM was named as a defendant in this
lawsuit because it supposedly is an "alter ego" of NSBA. That
accusation is simply not true.

    4.   DCM is a vendor that provides marketing services to
NSBA. It has no executives or employees in common with NSBA. The

Dockets.Justia.com

two businesses are incorporated in different jurisdictions and maintain completely separate offices in different cities.

5.    I am informed that in paragraph 63 of its Amended Complaint, the plaintiff alleges that DCM and NSBA share common executives, officers and ownership and that I am listed as the only person the two companies have in common. DCM's CEO, Raymond Longino, has already submitted a sworn declaration denying that there is any overlap amongst the executives, officers and ownership of DCM and NSBA. Mr. Longino's statement is true.

6.    Furthermore, I want to make it perfectly clear that I am not an executive, officer or owner of DCM in any way, shape or form. The plaintiff's allegation is untrue and irresponsible and there is no basis provided for it in the Amended Complaint, nor does any basis exist in fact.

7.    I have been informed that the plaintiff's president, Jeffrey Goldstein submitted a seven-page declaration in which he failed to identify a single owner or executive that DCM and NSBA have in common. Thus, there is no evidence to contradict my declaration and Raymond Longino's declaration, and plaintiff appears to have no basis for the plaintiff's allegation.

8.    I hereby declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge, information and belief.

2

I understand that I may be subject to punishment if any
statement is willfully false.

Dated:   January 26, 2006

_____
Dennis Mario

_____
NOTARY PUBLIC

ELAINE COONS
COMM. #1401201
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
MY COMM. EXPIRES FEB. 18, 2007