AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 05 CV 7776

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Impulse Marketing Group, Inc.

I certify that I am admitted to practice in this court.

| 6/11/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Khristan A. Heagle | KH-0210 |
| | Print Name | Bar Number |
| | 485 Madison Avenue | |
| | Address | |
| | New York, | NY | 10022 |
| | City | State | Zip Code |
| | (212) 935-6020 | (212) 753-8101 |
| | Phone Number | Fax Number |