UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IMPULSE MARKETING GROUP, INC.,

    Plaintiff,

v.

NATIONAL SMALL BUSINESS ALLIANCE, INC.
and DIRECT CONTACT MEDIA, INC.,

    Defendants.

-----------------------------------------------------------------X

05 CV 7776 (KMK)

NOTICE OF
CHANGE IN
FIRM NAME

PLEASE TAKE NOTICE THAT effective immediately the firm name of Klein, Zelman, Rothermel & Dichter, L.L.P. has changed and is now Klein Zelman Rothermel LLP.

PLEASE TAKE FURTHER NOTICE THAT all other contact information, including telephone number, facsimile number and address remain the same.

Dated: June 27, 2007
      New York, New York

KLEIN ZELMAN ROTHERMEL L.L.P.

*/s/ Khristan A. Heagle*
Khristan A. Heagle (KH-0210)
485 Madison Avenue
New York, NY 10022
tel: (212) 935-6020

ATTORNEYS FOR PLAINTIFF

{00084846;1}