UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IMPULSE MARKETING GROUP, INC.,

        Plaintiff,

  v.

NATIONAL SMALL BUSINESS ALLIANCE,
INC. and DIRECT CONTACT MEDIA,
INC.,

        Defendants,
and

NATIONAL SMALL BUSINESS ALLIANCE,
INC.,

        Counterplaintiff,

  v.

IMPULSE MARKETING GROUP, INC.,

        Counterdefendant.
-------------------------------------------------------X

Case Number: 05 CV 7776 (KMK)

~~PROPOSED~~ ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

WHEREAS, this Order is made pursuant to agreement and the joint request of the parties to this litigation,

IT IS HEREBY ORDERED as follows:

    1.    This matter shall be and hereby is referred for mediation to the Alternative Dispute Resolution program of the Southern District of New York (Manhattan office).

    2.    All other proceedings in this matter are hereby stayed through the date of the mediation plus an additional twenty (20) days. Following the mediation, the parties shall report to the Court on the status of the mediation, and may request an additional stay in order to conclude the mediation.

    3.    Participation in the mediation shall be without prejudice to any argument that personal jurisdiction is lacking.

DATED:    New York, New York
                August 13, 2007

                                                  Hon. Kenneth M. Karas, U.S.D.J.

Impulse Marketing Group, ... Doc. 30